IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MANUEL JIMINEZ, ADRIAN SEGURA, and ANTHONY MARTINEZ, Individuals, § § § § PLAINTIFFS, § § vs. § § CUB JANITORIAL, LLC, CLAUDE BUSH, § and JASON BUSH, Individuals, § § § DEFENDANTS § | | CIVIL ACTION CAUSE NUMBER 2:09-CV-092-J |

## ORDER GRANTING IN PART PLAINTIFFS' MOTION FOR NOTICE

Before the Court is Plaintiffs' motion for the Court's authorization to mail an opt-in notice to all potential class members. This motion is opposed in part and unopposed in part by Defendants. Defendants contend that Plaintiffs' motion is granted in part as follows.

Plaintiffs' counsel are to prepare a proposed class notice for floor tech employees, and are to provide Defendants' counsel with Plaintiffs' proposed notice. The notice is to set a 90-day cut off date for return of executed opt-in notices to Plaintiffs' counsel for counsel to file with the Court. Counsel are to promptly confer for the purposes of reaching an agreement on the notice form. If agreement can be reached, they are to tender their proposed notice to the Court for its approval. If agreement can not be reached, then Plaintiffs are to tender their proposed notice to the Court and Defendants are to state their specific objections to Plaintiffs' proposed notice.

The proposed class notice is to be tendered to the Court not later than **August 28, 2009**. Objections thereto, if any, are to be filed by the same date.

It is SO ORDERED.

Signed this the _14th_ day of August, 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE